UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.P. and T.P., individually and on behalf of their disabled son M.P.,

                Plaintiffs,

-against-

New York City Department of Education,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/7/2025_

24 Civ. 8417 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated November 7, 2024, the Court directed the parties to file a joint letter and proposed case management plan by January 6, 2025. ECF No. 5. Those submissions are now overdue.

    Accordingly, by **January 22, 2025**, the parties shall file their joint letter and proposed case management plan as set forth in ECF No. 5.

    SO ORDERED.

Dated: January 7, 2025
       New York, New York

                                        ANALISA TORRES
                                 United States District Judge